**Affirmed and Memorandum Opinion filed December 20, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00105-CV

---

## IN THE MATTER OF W.A.M.P.

---

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2020-00197J**

---

## MEMORANDUM OPINION

We issue this opinion to address appellant's issue 2, the sole remaining issue in this case, in which appellant challenges his commitment to the Texas Juvenile Justice Department. On July 28, 2022, we issued a memorandum opinion overruling appellant's issues 3 and 4, which challenged the legal and factual sufficiency of the evidence supporting the trial court's determination that appellant engaged in delinquent conduct by committing in January 2020 the second-degree felony of manslaughter. We sustained appellant's issue 1 on the grounds that the trial court's determination order committing appellant to the Texas Juvenile Justice Department was insufficiently specific under Family Code section 54.04(f), and

remanded the case, abating by separate order with instructions that the trial court make findings compliant with the Family Code. Tex. Fam. Code Ann. § 54.04(f).

The trial court signed its disposition findings and order on August 24, 2022. After the order was received by this court, we requested supplemental briefing from the parties on appellant's issue 2, in which appellant argued that the trial court abused its discretion by committing appellant to the Texas Juvenile Justice Department. In response, appellant's lawyer informed this court that appellant had been deported and argued that issue 2 was now moot, given that appellant was no longer committed to the Texas Juvenile Justice Department.[1] We agree that issue 2 is moot, given that, due to appellant's deportation, this court can no longer provide the relief requested, i.e., probation at appellant's home instead of commitment to the Texas Juvenile Justice Department.

Accordingly, we overrule appellant's issue 2 as moot. Having disposed of all of appellant's issues, we affirm the judgment of the trial court as challenged on appeal.

/s/    Charles A. Spain
       Justice

Panel consists of Justices Wise, Spain, and Hassan.

---

[1] We requested a response from the State but no response has been filed.